SOUTH EAST MISSOURI
BANK, Respondent,

v.

UNITED SECURITY INSURANCE,
Appellant.

No. 72034.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 13, 1998.

John R. Hopkins, Jr., Poplar Bluff, for appellant.

Malcolm Henry Montgomery, Cape Girardeau, for respondent.

Before CRAHAN, C.J., JAMES R. DOWD, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Insurer appeals the judgment entered in favor of Bank on a policy entered into be-

tween Insurer and a third-party debtor. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).